(39 Misc. Rep. 353.)

### KOHLER v. KLEIN.

(Supreme Court, Special Term, Kings County. December, 1902.)

1. SUPREME COURT—JURISDICTION—BENEFIT ASSOCIATION—EXPULSION OF MEMBER.

Where the constitution of a beneficial order provides that any member who deems himself aggrieved by a decision of the order may within three months appeal to the grand committee, it does not take away jurisdiction of the supreme court over an action to reinstate a member expelled without notice or hearing; such illegal expulsion not being a "decision," within the meaning of the constitution.

Action by John Kohler against Ernst Klein, as president of Goethe Mannie, No. 38, Deutcher Orden Harugari, for reinstatement to a subordinate lodge of a beneficial association. Judgment for plaintiff.

August P. Wagener, for plaintiff.
Peter P. Huberty, for defendant.

GAYNOR, J. The plaintiff was expelled without notice or hearing from a subordinate lodge of the order. The defendant objects to this court taking jurisdiction of the case, on the ground that the plaintiff by his contract with the defendant is given the right to appeal to a higher authority in the order, and has not done so. The constitution of the order provides that any member "who deems himself aggrieved by a decision of the order is within three months entitled to appeal to the grand committee." I do not think the expulsion of the plaintiff without notice and hearing was a "decision," within the meaning of this provision. People v. Musical Mut. Pro-

¶ 1. See Beneficial Associations, vol. 6, Cent. Dig. § 19.

tective Union, 118 N. Y. 101, 23 N. E. 129. It contemplates a decision of some question lawfully up for decision.

Judgment for the plaintiff, with costs.